167 So.2d 303

**GULF STATES UTILITIES COMPANY**

v.

**Frank WYATT.**

**No. 47383.**

Sept. 28, 1964.

In re: Frank Wyatt applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 164 So.2d 615.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

SUMMERS, J., is of the opinion that the writ should be granted.